No. 408. GENERAL HOUSES, INC., *v.* RECONSTRUCTION FINANCE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Horace A. Young* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Marvin S. Shapiro* for Floete, Administrator of General Services, respondent.

No. 413. MORGAN DRIVE AWAY, INC., *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied. *Patrick J. Smith* and *Robert D. Morgan* for petitioner. *Edward J. Fillenwarth, Herbert S. Thatcher, David Previant* and *David Leo Uelmen* for the Brotherhood of Teamsters, respondent.

No. 417. REFINERY EMPLOYEES' UNION OF THE LAKE CHARLES AREA *v.* CONTINENTAL OIL Co. C. A. 5th Cir. Certiorari denied. *George W. Liskow* and *Russell T. Tritico* for petitioner. *William R. Tete* and *Keith W. Blinn* for respondent.

No. 420. LEATHERHIDE INDUSTRIES, INC., *v.* LIEBERMAN. C. A. 2d Cir. Certiorari denied. *Jacob W. Friedman* for petitioner.

No. 422. GILLIGAN, WILL & Co. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Francis J. Purcell* and *James T. Glavin* for petitioners. *Solicitor General Rankin, Thomas G. Meeker, Joseph B. Levin* and *Richard B. Pearl* for respondent.

No. 9, Misc. POPOVICH *v.* CLERK OF QUARTER SESSIONS COURT ET AL. Supreme Court of Pennsylvania. Certiorari denied.